FILED

FEB 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ERIC GARFIELD WILLIAMS
Address: 432 GILCREST STREET
Telephone: 707-644-6968

**Plaintiff**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC GARFIELD WILLIAMS

              PLAINTIFF      CASE NUMBER 207-CV-0100, lkk, efb, ps

                              CIVIL COMPLAINT

vs.                                DEMAND FOR A JURY TRAIL

SEAN KENNEY, KENT TRIBBLE
Cpl. BOTELLO
VALLEJO POLICE DEPARTMENT
CITY OF VALLEJO,
UNKNOWN PERSONS\ORGANIZATIONS
et al,

              DEFENDANTS

**JURISDICTION**

Jurisdiction is proper in this court according to: The location of the crimes committed

and the following.

a. 18 U.S.C. Sec. 2

b. 18 U.S.C. Sec. 242

c. 42 U.S.C. §1983

d. 42 U.S.C. §1985

e. California Penal Code 118.1.

1. f. California Penal Code 245 (A) 1
2. g. California Penal Code 13519.4 (A) (B) (C) (D) 1, 2, 3, 4. (E) (F) (G) (H) 2. (I)
3.
4. h. California Penal Code 13519.6 (1) (2) (3) (7) (8) C.
5.
6. NAME OF PLAINTIFF: ERIC GARFIELD WILLIAMS
7.
8. IS A CITIZEN OF THE STATE OF CALIFORNIA
9.
10. PRESENT MAILING ADDRESS: 432 GILCREST STREET, VALLEJO,
11.
12. CALIFORNIA 94591
13.
14. NAME OF FIRST DEFENDANT:
15.
16. SEAN KENNEY
17.
18. IS A CITIZEN OF THE STATE OF CALIFORNIA
19.
20. CITY OF VALLEJO
21.
22. IS EMPLOYED AS A VALLEJO POLICE OFFICER
23.
24. PATROLMAN, BADGE NUMBER # 604
25.
26. VALLEJO POLICE DEPARTMENT
27.
28. Was the defendant acting under the authority or color of state law at the time when
29.
30. these claims occurred?
31.
32. YES
33.
34. THE DEFENDANT WAS ON DUTY AS A VALLEJO POLICE OFFICER WHEN
35.
36. THE VIOLATION OCCURRED
37.
38.  NAME OF SECOND DEFENDANT
39.
40. KENT TRIBBLE
41.
42. IS A CITIZEN OF THE STATE OF CALIFORNIA
43.
44. CITY OF VALLEJO
45.
46. IS EMPLOYED AS A VALLEJO POLICE OFFICER

Civil Complaint for Excessive Force        2

PATROLMAN, BADGE NUMBER # 588

VALLEJO POLICE DEPARTMENT

Was the defendant acting under the authority or color of state law at the time when these claims occurred?

YES

THE DEFENDANT WAS ON DUTY AS A VALLEJO POLICE OFFICER WHEN THE VIOLATION OCCURRED

 THE IDENTITIES OF THE ASSOCIATE\OTHER DEFENDANTS ARE UNKNOWN AT THE PRESENT TIME, HOWEVER IT WAS MORE THAN THE TWO NAMED THAT PARTICIPATED IN THE VIOLATIONS ON THE MORNING OF JULY 15, 2006.

UNKNOWN PATICIPATES ARE CITIZENS OF THE STATE OF CALIFORNIA

CITY OF VALLEJO

ARE EMPLOYED AS VALLEJO POLICE OFFICERS

UNKNOWN POSITIONS, BADGE NUMBERS AND TITLES

VALLEJO POLICE DEPARTMENT

Were the defendant acting under the authority or color of state law at the time when these claims occurred?

**YES**

THE NAMED AND UNNAMED\UNKNOWN DEFENDANTS WERE ON DUTY AS VALLEJO POLICE OFFICERS WHEN THE VIOLATION OCCURRED.

**NATURE OF CASE**

THE CASE IS BEING PRESENTED TO THE UNITED STATES COURTS DUE TO

## HENIOUS\BRUTAL NATURE OF THE CRIMES COMMITTED

On the morning of July 15, 2006 while driving east on highway 80 through the city of Vallejo, California, I was physically and emotional assault by Vallejo police Officers Sean Kenney, Kent Tribble, Cpl Botello and unknown members of the same police department. After leaving the West Wind Apartment Complex, I (Eric G Williams) drove down Magazine Street and merge into traffic going east at the Magazine street entrance for Highway 80, at the Redwood street overpass (underpass) I noticed a police sedan in my rear view mirror that had executed the same right hand lane change that I had indicated with my right signal light 5-6 car lengths behind the vehicle that I was driving.

I waited before changing from the 2nd lane to the 1st (slow traffic lane-nearest to the right shoulder of the road) thinking the vehicle was going to bypass me, after a couple of seconds and no attempt by the police vehicle to pass me, I decided to complete the lane change with the intent of exiting onto the access road leading to Highway 37, the police vehicle exited at the same location.

There was a vehicle in front of me traveling in the right lane, I slowed down to 40 mph and signaled with my left blinker (the trailing police vehicle did the same) to pass on the two-lane road due to the vehicle in front me traveling approximately 45mph. After rounding the right hand bend in the road I signaled with the right blinker of my intent to merge into traffic on Highway 37 and on toward Marine World Parkway.

Once I was on the access road the police vehicle closed the distance between our two vehicles and came extremely close to the rear of mine, it was at this time that I placed my right signal (blinker) on and began to move toward the right shoulder of the road, which was (approximately) half the distance to the traffic light on Marine World Parkway from

Civil Complaint for Excessive Force          4

the highway, the police vehicle's overhead blue and red lights flashed on.

I continued to pull over to the (side) shoulder of the road the police vehicle directed his spotlight into my vehicle and we sat there for a few minutes, I exited my vehicle with my wallet in my left hand and my driver's license in my right.

The officer was sitting in his vehicle when I reached the hood of his vehicle, he put his head out the windows and said "get back in your vehicle", I said "ok" and placed my drivers license on the hood of his car and turned around to walk back to my vehicle.

He opened his car door and said " you know what, you are under arrest" I said "ok", he fully exited the vehicle and said get up against my vehicle and place your hands behind your back, I complied, he knocked my wallet out of my hand and place the handcuff "extremely" tight on both wrists and grab my third digit (finger) on my right hand and said spread your legs, then he said "wider" (I complied) he stood on the right side of my body (still holding my finger) and placed his hand in my right front pant pocket, I heard a pop and felt immediate pain coming from my right hand I than turned to my right toward him and said, " you can arrest me all day long but you are not going to torture me" he said turned around and get on the ground 'I said ok" as I turned around and was lowering myself to the ground he kicked me "hard" on the right side of my back, I fell forward on the ground.

He jumped on top of me and starting hitting me about the face, head and back, he stopped suddenly and someone (else?) grabbed me by my shirt and started banging my face and head against the (concrete) roadway over and over again (breaking my left rear molar and chipping my right front tooth to include busting my lip wide open) I cried out for "help" (numerous time) they grabbed me (biceps) and started to pull each arm up and

away from my body increasing the pain to both wrists and shoulders, I told them to stop, but it continued, I felt more painful blows all over my body causing me to defecated and urinated in my pants before passing out, I awoke (regained consciousness) to someone trying to lift me up by my shirt but could not (probably to heavy?) and dropping me back to the concrete (roadway), after that this person started tearing at my shirt (trying to rip it off of me) like a wild animal, someone said that is enough (That person stopped their attack) the person that said, "it was enough," told me to get up, I tried twice, but could not, I scooted\semi-rolled to the rear fender of the police vehicle and use it as leverage to rise on my feet, someone opened the back door of the police car and the worst smelling (regular scented old type right guard?) one grabbed me by my neck and belt throwing me onto the hard plastic of the back seat and slamming the door.

I heard them laughing and congratulating themselves, which made me furious. I than tried to orientate myself to what just took place and the (faces) people involved, I managed to look out of the (police car) rear passenger side widow and saw six or seven of them standing near the passenger side of my vehicle with the door opened and the individual that I had giving a ride, known to me (1st meeting) by the named of "Sarge" was sitting there looking straight/forward in the passenger seat. After what seemed like an eternity Kenney got into the driver seat and said, "Do you need to go to the hospital I said, "What do you think"?

He drove to Kaiser in Vallejo and walked me into the emergency room where Cpl Botello was waiting or had just arrived. I was than searched by officer Kenney he placed his hand in my right front pocket and produced a pack of Newport's (cigarettes) which he opened and pulled out a glass apparatus, he turned in my direction and said is this yours?

Civil Complaint for Excessive Force        6

I stated "No" than he threw the package of cigarettes in a waste can and placed that glass apparatus in an envelope. I was than placed on a gurney (still handcuffed) an additional set was used to attach the gurney to the ones that were on my wrist while I laid on my left side. (Kenney) was on the same side that I was facing about four feet away (Botello, was sitting in a chair outside of the emergency isolation room) using a bedside table to write his report at no time during the one sided conversation did he attempt to recite (read) me the Miranda rights or offer a choice in the process of obtaining a sample of any of my bodily fluids.

A male nurse entered during the same time period and asked me about the injuries received and where the pain originated from, I explained that I hurt all over especially my face, teeth, shoulders, both wrist, hands, fingers and back. The male nurse looked at me with this confused expression (like he did not have a clue) and said can I clean you up, I replied no and he walked out of the exam room.

After 15-20 minutes (time is approximate) an oriental physician waked in and stated he was there to examine my medical injuries, after the examination concluded he ordered a series of radiological (X-RAYS) views.

The officers (Kenney and Botello) wheeled the hospital gurney down the hall in front of staff, patients and families alike to the radiology clinic (as I laid bleeding, bruised, cloths soiled, handcuffed to the bed rails).

Once inside the clinic the technician asked if the handcuffed could be removed "Kenney" responded in this fashion " You better not try to escape" he than removed the handcuffs and allowed the procedures to be performed, once completed I was re-handcuffed and placed back on the gurney the additional set were used in handcuffing the

Civil Complaint for Excessive Force        7

handcuff that were attached to me to the gurney. They wheeled me back to the emergency room. after a brief period of time Botello walked into the emergency isolation room with leather leg restraints and bound my legs to the gurney and walked toward the area where my head rested.

A (Black Female) phlebotomist enters the room and applied a constricting device to raise the vein on the back of my arm.

I stated to her that I have more prominent ones in my anticubital area; she stated that "it is ok, because I located the one I want".

Botello grabbed me by my throat and begin to apply constricting pressure on my carotid arteries, Kenney laughed and said is that all you need (blood) because I want you to check him for every thing, she stated I have all the tubes to do that.

Botello pushed my neck deeper into the gurney, released his hand from my neck and walked out of the room, I yelled he was an abusive coward and had no reason in this world to do that.

He than sat in a chair outside the room, Kenney was present in the room when the Physician returned, the Doctor stated he saw no broken bones, but there is quite a bit of bruising and edema throughout the aforementioned areas.

I then thank the Doctor for his opinion and Kenney said let's go.

Botello entered the room and stated I'll take him to the station, Kenney stated "No" I am doing it and we departed the hospital.

Once we reached the Vallejo police station, I was un-handcuffed and placed in a holding cell. I ran cold water over my left wrist due to the burning sensation.

After a period of time Kenney, an unknown lieutenant, and a (blond female)

Civil Complaint for Excessive Force        8

transportation office opened the cell door and stated it is time to go, I walked to the door

and the Lieutenant told me to turn around and place my hand behind my back, I

complied, he grabbed both of my thumbs, he than tried to force my left thumb backward

but could not (due to the scar tissue) he said, Oops.

Kenney with the opened part of the handcuff pressed it deeply into the surgical scar on

my left wrist, I turned toward him and said "hey" the lieutenant said take it easy, Kenney

corrected himself and placed the handcuff on both of my wrist.

The lieutenant led me to the out-take door and said something to the effect, "Oh no he is

not going to jail" The female officer looked bewilder, but I didn't pay it any mind due to

my dealing with his type in the past.

I was placed in the transport vehicle and taken to Solano County Jail, one of the

watch commander recognized whom I was, due to some of our private investigation

ventures and placed me into a single (unoccupied) cell were I cleaned up the blood and

threw away the soiled pants.

I was bonded out at 1300hrs by Aladdin bail bond in Fairfield. I walked to their office

were the clerk took my payment and a full set of photographs depicting the injuries I

sustained. I walked\received a ride home.

**CAUSE OF ACTION:**

1. I allege that my constitutional rights, privileges or immunities have been violated and

the following facts form the basis for my allegations:

    Count I: Plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging that

the defendants maliciously and sadistically subjected him to excessive force and

physical abuse in violation of his rights under the Fourth, Eighth and Fourteenth

Amendments to the United States Constitution

Plaintiff charges defendants with aiding and abetting each other in violation of

18 U.S.C. Sec. 2 by allowing the physical assault to continue while said

"suspect" clearly was subdued, handcuffed and on the ground without resisting.

Plaintiff maintains that the county violated his rights under the Fourth, Eighth

and Fourteenth Amendments by failing to train and supervise its law enforcement

personnel in the appropriate use of physical force and by its policy and practice

of covering-up excessive force incidents.

    Plaintiff also alleges State law claims against defendants under California Penal

Code 245 (A) 1, 13519.4 (A) (B) (C) (D) 1, 2, 3, 4. (E) (F) (G) (H) 2. (I),

13519.6 (1) (2) (3) (7) (8) (C), including assault, battery and intentional

infliction of emotional distress, as well as a claim under N.Y. CORRECT. LAW §

137(5) which precludes county facilities from subjecting persons\inmates to degrading

and humiliating treatment..

    Count 2 (a) (b) (c) (d) Supporting Facts: That Office Sean Kenney did on the

morning of 071506 knocked the wallet out of the plaintiff hand and placed metal

handcuffs too tight on both wrists causing nerve damage to the right wrist.

Deforming\dislocating the third digit (finger) on the plaintiff right hand producing

permanent pain and deformity, caused severe right hip and right lower back pain by

placing the boot to the back to include bump and bruises about the face, head, and neck

sustained by the numerous blows of his closed fist.

    Count 3: (a) (b) (c) (d) Supporting Facts: That Officer Kent Tribble did on the

morning of 071506 grabbed the plaintiff by the shirt and start banging his face and

Civil Complaint for Excessive Force       10

head against the roadway causing migraines (headache), breaking the left rear molar

(tooth), chipping the right front tooth to include busting open the left side of the plaintiff

lower lip.

   Count 4: (a) (b) (c) (d) Supporting Facts: That unknown officers of the Vallejo Police

Department did on the morning of 071506 cause great bodily harm by grabbing the

plaintiff's biceps and pulling each arm up and away from the body causing extreme pain

to both wrists and shoulders to include inflicting numerous bruises and painful spots with

unknown objects over the entire length of the body causing a loss of bowel control with

temporary unconsciousness, unknown persons attempted to rip the shirt off of my back

while lifting and slamming me into the concrete.

Count 4: (a) (b) (c) (d) A unknown officer did on the morning of 071506 grabbed me

by the neck and belt throwing my body onto the hard plastic back seat and slammed the

door, laughed, congratulated each other.

   Count 5: (a) (b) (c) (d) Supporting Facts: That Cpl Botello did on the morning of

071506 place his hand around the plaintiff's throat\carotid artery and begin to squeeze

causing a temporary interruption of blood flow to the brain, than pushed the plaintiff's

neck down into the gurney before releasing it while the plaintiff's was handcuffed with

feet restrained.

**D. INJURY**

 How have you been injured by the actions of the defendant(s)?

Nerve damage to my left wrist and hand.

Dislocated\Deformed third digit on my right hand

Broken rear tooth on the left side of my jaw, TMJ popping\problems

Civil Complaint for Excessive Force        11

Chipped right front tooth, Migraine headaches, Right hip and lower back pain, Recurring Nightmares, Loss of the ability to acquire and maintain gainful employment, Loss of my Drivers License and Loss of any type of respectability within the Bay and the Northern California area

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment?

NO

Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES

"YES" I spoke to a fellow by the name of Craig in the internal affairs section of the department and than we loss contact.

## REQUEST FOR RELIEF

I believe that I am entitled to the following relief: Payment of all medical related expenses including rehabilitation services, Payment of all arrest related expenses on the morning (071506) in question, $25 Million for punitive and other damages (pain and suffering, Isolation campaign from the communities) 25 acres on the Western end of Mare Island (Vallejo, California) three pure bred horses, Court costs and filing fees.

Plaintiff demands a jury trail on all issues

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Civil Complaint for Excessive Force        12

```
1
2    Executed at.
3
4    1200 J Street Sacramento, California  95814
5
6    16 January 2007
7    *Eric G Williams* (signature)
8    Eric G Williams
9
10
```