1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 ERIC GARFIELD WILLIAMS,

11         Plaintiff,                CIV-S-07-0100 LKK EFB PS

12     vs.

13 SEAN KENNEY, et al.,

14         Defendants.               ORDER

15 _____/

16         On May 24, 2007, the magistrate judge filed findings and recommendations

17 herein which were served on the parties and which contained notice that any objections to the

18 findings and recommendations were to be filed within ten days.  Plaintiff filed objections on

19 June 6, 2007, and they were considered by the undersigned.[1]

20         This court reviews de novo those portions of the proposed findings of fact to

21 which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

22 Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

23 (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

24 the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

25 _____

26         [1] Plaintiff also requested oral argument regarding his objections.  That request is denied.

1

1  United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
2  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
3  1983).
4        The court has reviewed the applicable legal standards and, good cause appearing,
5  concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
6  Accordingly, IT IS ORDERED that:
7        1.  The proposed Findings and Recommendations filed May 24, 2007, are
8  ADOPTED; and
9        2.  Defendants City of Vallejo and the Vallejo Police Department are dismissed
10 from this action.
11 DATED: July 5, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT