IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC GARFIELD WILLIAMS,

        Plaintiff,                       No. CIV S-07-0100 LKK EFB PS

    vs.

SEAN KENNEY, et al.,

        Defendants.               ORDER TO SHOW CAUSE

        Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 72-302(c)(21). On August 8, 2007, plaintiff filed a motion for an order "requiring defendants and plaintiff [to] submit to a lie detector/voice stress analyzer test," and noticed it for hearing on this court's September 5, 2007, calendar. Opposition to a motion, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 78-230(c). Court records reflect that defendants failed to file an opposition or a statement of non-opposition to the motion.

        Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; *see Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral argument if written

1

1  opposition to the motion has not been timely filed." E.D. Cal. L. R. 78-230(c).

2  Good cause appearing, IT IS HEREBY ORDERED that:

3  1. The hearing date of September 5, 2007, is vacated, and continued to September 26,
4  2007 at 10:00 a.m. in Courtroom No. 25.

5  2. Defendants shall show cause, in writing, no later than ten days from the date of this
6  order, why sanctions should not be imposed for failure to timely file an opposition or a statement
7  of non-opposition to the pending motion.

8  3. Defendants are directed to file an opposition, if any, to the motion, or a statement of
9  non-opposition thereto, no later than ten days from the date of this order. Failure to file an
10 opposition, appear at hearing, or file a statement of non-opposition, will be deemed a statement
11 of non-opposition, and may result in sanctions.

12 DATE: August 31, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2