1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC GARFIELD WILLIAMS,

11              Plaintiff,              No. CIV S-07-0100 LKK EFB PS

12        vs.

13   SEAN KENNEY, et al.,
                                       ORDER
14              Defendants.
     _____/

15

16        This action, in which plaintiff is proceeding pro se, was referred to the undersigned by

17   Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  This case was before the

18   undersigned for a scheduling conference on September 19, 2007.  Alesia Jones-Martin appeared

19   as defense counsel and plaintiff appeared on his own behalf.  The scheduling order shall issue

20   separately; this order summarizes other rulings made during the hearing.

21        First, the court addresses a lengthy document filed by plaintiff on July 2, 2007.  That

22   document, styled as a "Civil Complaint of Excessive and/or Improperly Applied Force," contains

23   what appears to be plaintiff's response to defendants' answer, as well as a motion to compel

24   defendants' responses to interrogatories.  As discussed at the hearing, the court construes this

25   document as a motion to compel defendants' responses to interrogatories and denies it, without

26   prejudice, as premature.

1

Next, the court addresses two documents filed by plaintiff on July 23, 2007, and July 27, 2007.  In these documents, plaintiff invokes Fed. R. Civ. P. 37 rather than Fed. R. Civ. P. 15(a), in seeking to add as defendants the Director of the California Department of Motor Vehicles and Kaiser Permanente of Vallejo.  The court denies these requests without prejudice.  Defendants have filed an answer to the operative complaint.  If plaintiff wishes to amend his complaint to add additional defendants, he must obtain leave of court by first filing an appropriately noticed motion pursuant to the Federal Rules of Civil Procedure and this court's Local Rules, in addition to making the required showing.  *See* Fed. R. Civ. P. 15(a); Fed. R. Civ. P. 16(b); E.D. Cal. L.R. 5-137(c).

Finally, the court addresses plaintiff's motion, filed August 8, 2007, for an "order requiring defendants and plaintiff [to] submit to a lie detector/voice stress analyzer."  For the reasons stated at the hearing, this motion is denied, and the September 26, 2007, hearing on that motion is vacated.  The August 31, 2007, order to show cause directed at defendants for their failure to respond to that motion is discharged.

The Court cautions plaintiff that although he is proceeding in this action pro se, he is nonetheless obligated to read and comply with the Federal Rules of Civil Procedure and this court's Local Rules.  *See McNeil v. United States*, 508 U.S. 106, 113 (1993); E.D. Cal. L.R. 83-183(a).  Failure to comply with these rules or with any order of this court may result in sanctions, E.D. Cal. L.R. 11-110, including the sanction of dismissal.

In accordance with the foregoing, IT IS ORDERED that:

1.  Plaintiff's motion, filed July 2, 2007, is denied without prejudice;

2.  Plaintiff's requests, filed July 23, 2007, and July 27, 2007, are denied without prejudice;

3.  Plaintiff's motion, filed August 8, 2007, for an "order requiring defendants and plaintiff [to] submit to a lie detector/voice stress analyzer," is denied, and the hearing on that motion, set for September 26, 2007, is vacated; and,

1          4.  The August 31, 2007, order to show cause directed toward defendants is discharged.

2   DATED:  September 24, 2007.

3

4   _____
    EDMUND F. BRENNAN
5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26