IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC GARFIELD WILLIAMS,

    Plaintiff,

vs.

SEAN KENNEY, KENT TRIBBLE, CPL. BOTELLO,

    Defendants.
                          /

No. CIV S-07-0100 LKK EFB PS

ORDER

       This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned pursuant to Local Rule 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). It is proceeding on the second amended complaint filed by plaintiff on March 27, 2007. Plaintiff alleges claims pursuant to 42 U.S.C. § 1983 against three individual officers of the Vallejo City Police Department – defendants Sean Kenney, Kent Tribble, and Richard Botello. Defendants City of Vallejo and the Vallejo Police Department were dismissed on July 6, 2007.

       The matter is currently under submission on defendants' Kenney, Tribble, and Botello motion for summary judgment on the basis of qualified immunity. However, on May 28, 2008, defendants filed a notice of automatic stay pursuant to 11 U.S.C. § 362, in light of the City of Vallejo's filing of a bankruptcy petition under Chapter 9 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. As mentioned above, the City is no longer a defendant in this action,

1

1  and the remaining claims are asserted against the individual officers.  Those defendants are
2  hereby ordered to address the applicability of the stay as to them, or otherwise show cause, in
3  writing, within fifteen days of the date of service of this order, why the stay should be in place
4  with respect to them.
5   SO ORDERED.
6  DATED: June 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE