IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC GARFIELD WILLIAMS,

    Plaintiff,                               No. CIV-S-07-0100 LKK EFB PS

    vs.

SEAN KENNEY, KENT TRIBBLE, CPL. BOTELLO,

    Defendants.                         ORDER

        On August 12, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

---

[1] Plaintiff did, however, request a stay of these proceedings due to his personal circumstances. However, for the reasons set forth in the findings and recommendations and approved by this order, this case shall be stayed pursuant to 11 U.S.C. § 362 due to the pending bankruptcy petition of third-party City of Vallejo. Accordingly, plaintiff's request is superfluous and will be denied as moot.

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. Plaintiff's request for a stay of this action is denied as moot;

2. The proposed Findings and Recommendations filed August 12, 2008, are ADOPTED;

3. Defendants' motion for summary judgment is denied; and,

4. This action is stayed pursuant to Chapter 9 of the United States Bankruptcy Code, 11 U.S.C. § 362(a).

DATED: September 26, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2