IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC GARFIELD WILLIAMS,

        Plaintiff,                     No. CIV S-07-0100 LKK EFB PS

        vs.

SEAN KENNEY, KENT
TRIBBLE, CPL. BOTELLO,              ORDER

        Defendants.
_____/

        On September 30, 2008, the district judge stayed this action pursuant to Chapter 9 of the United States Bankruptcy Code, 11 U.S.C. § 362(a), pending conclusion of the bankruptcy proceedings commenced by the City of Vallejo. Plaintiff thereafter filed a "request" seeking inclusion in the record of correspondence generated in his state court proceedings. Plaintiff's filing is not one contemplated by the Federal Rules of Civil Procedure, and plaintiff has been admonished to refrain from filing irrelevant documents in this case. *See* Order of this court filed August 12, 2008, at pp. 3-4.

        Accordingly, it is hereby ORDERED that plaintiff's "Request" filed September 30, 2008, is DENIED and the documents disregarded. It is further ORDERED that plaintiff shall refrain from filing any more documents in this action until such time that the stay is lifted by order of this court. Failure to comply with this order, or the court's order filed August 12, 2008, may

1

1 | result in the imposition of sanctions pursuant to Fed. R. Civ. P. 11 and E. D. Cal. L. R. 11-110.

2 | SO ORDERED.

3 | DATED: October 14, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE