| | |
|---|---|
| 1 | **CLAUDIA QUINTANA, SBN 178613** |
| | City Attorney |
| 2 | **ALAN M. COHEN, SBN 177662** |
| 3 | **Deputy City Attorney** |
| | **City of Vallejo, City Hall** |
| 4 | **555 Santa Clara Street, Third Floor** |
| | **P. O. Box 3068** |
| 5 | **Vallejo, CA 94590** |
| 6 | **Telephone: (707) 648-4545** |
| | **Fax: (707) 648-4687** |
| 7 | |
| 8 | **JONES & DYER** |
| | **A Professional Corporation** |
| 9 | **1800 J Street** |
| | **Sacramento, California 95811** |
| 10 | **Telephone:  (916) 552-5959** |
| 11 | **Fax: (916) 442-5959** |
| 12 | **MARK A. JONES, SBN 96494** |
| | **KRISTEN K. PRESTON, SBN 125455** |
| 13 | |
| 14 | Attorneys for Defendants Sean Kenney, |
| | Kent Tribble, and Richard Botello |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GARFIELD WILLIAMS, | Case No.: 2:07-CV-0100 LKK EFB PS |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SEAN KENNEY, KENT TRIBBLE, and RICHARD BOTELLO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Eric Williams and defendants Sean Kenney, Kent Tribble, Richard Botello, City of Vallejo and Vallejo Police Department by and through their undersigned counsel, that defendants Sean Kenney, Kent

Tribble, Richard Botello, City of Vallejo and Vallejo Police Department be dismissed with prejudice pursuant to Federal Rules, Rule 41(a)(2), each party to bear their own attorneys' fees and costs.

DATE: October 5, 2012                     JONES & DYER

                                           By: /s/Mark A. Jones
                                              MARK A. JONES
                                              KRISTEN K. PRESTON
                                              Attorneys for Defendants Sean Kenney,
                                              Kent Tribble, and Richard Botello

DATE: October 5, 2012

                                           /s/Eric Garfield Williams
                                           ERIC GARFIELD WILLIAMS, Plaintiff

## **O R D E R**

      IT IS SO ORDERED.

DATED:   October 16, 2012.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT