1  **CLAUDIA QUINTANA, SBN 178613**
   **City Attorney**
2  **ALAN M. COHEN, SBN 177662**
   **Deputy City Attorney**
3  **City of Vallejo, City Hall**
   **555 Santa Clara Street, Third Floor**
4  **P. O. Box 3068**
   **Vallejo, CA 94590**
5  **Telephone: (707) 648-4545**
   **Fax: (707) 648-4687**
6

7

8  **JONES & DYER**
   **A Professional Corporation**
9  **1800 J Street**
   **Sacramento, California 95811**
10 **Telephone:  (916) 552-5959**
   **Fax: (916) 442-5959**
11

12 **MARK A. JONES, SBN 96494**
   **KRISTEN K. PRESTON, SBN 125455**
13

14 Attorneys for Defendants Sean Kenney,
   Kent Tribble, and Richard Botello

15                  UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17

18 ERIC GARFIELD WILLIAMS,          )   Case No.: 2:07-CV-0100 LKK EFB PS
                                    )
19                       Plaintiff, )   **STIPULATION AND ORDER FOR**
                                    )   **DISMISSAL WITH PREJUDICE**
20 vs.                              )
                                    )
21                                  )
   SEAN KENNEY, KENT TRIBBLE, and   )
22 RICHARD BOTELLO, et al.          )
                                    )
23                      Defendants. )
                                    )
24

25         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Eric Williams

26 and defendants Sean Kenney, Kent Tribble, Richard Botello, City of Vallejo and Vallejo Police

27 Department by and through their undersigned counsel, that defendants Sean Kenney, Kent

28

Tribble, Richard Botello, City of Vallejo and Vallejo Police Department be dismissed with prejudice pursuant to Federal Rules, Rule 41(a)(2), each party to bear their own attorneys' fees and costs.

DATE: October 5, 2012                    JONES & DYER


                                         By:  /s/Mark A. Jones_____
                                             MARK A. JONES
                                             KRISTEN K. PRESTON
                                             Attorneys for Defendants Sean Kenney,
                                             Kent Tribble, and Richard Botello


DATE: October 5, 2012

                                         /s/Eric Garfield Williams_____
                                         ERIC GARFIELD WILLIAMS, Plaintiff




## **O R D E R**

        IT IS SO ORDERED.


DATED:   October 16, 2012.



                         LAWRENCE  K.  KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT